IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELECIO LLAMAS SANCHEZ, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> JO ANNE BARNHART, Commissioner, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 1:06cv0683 DLB <br><br> ORDER GRANTING <br> EXTENSION OF TIME <br> (Document 14) |

On December 19, 2006, the parties stipulated to extend the time for filing Plaintiff's opening brief to January 19, 2007.  Plaintiff's request is GRANTED.  Plaintiff SHALL file his opening brief by January 19, 2007.

IT IS SO ORDERED.

Dated: __December 29, 2006__             _____/s/ Dennis L. Beck_____
3b142a                                                    UNITED STATES MAGISTRATE JUDGE

1