McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Amita.Tracy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MELECIO LLAMAS-SANCHEZ, ) | CIVIL NO. 1:06-CV-0683 OWW DLB |
|     Plaintiff, ) | |
|       v. ) | STIPULATION AND PROPOSED ORDER |
| LINDA S. McMAHON[1], ) Acting Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to the unanticipated absence of counsel from the office due to medical reasons. The current due date is **February 12, 2007.** The new due date will be **March 14, 2007.**

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: February 8, 2007 | /s/ Robert D. Christenson |
| 3 | | (As authorized via facsimile) |
| | | ROBERT D. CHRISTENSON |
| 4 | | Attorney for Plaintiff |
| 5 | Dated: February 8, 2007 | McGREGOR W. SCOTT |
| | | United States Attorney |
| 6 | | LUCILLE GONZALES MEIS |
| | | Regional Chief Counsel, Region IX |
| 7 | | Social Security Administration |
| 8 | | /s/ Amita Baman Tracy |
| 9 | | AMITA BAMAN TRACY |
| | | Special Assistant U.S. Attorney |
| 10 | | Attorneys for Defendant |

IT IS SO ORDERED.

Dated: **February 9, 2007**          /s/ **Dennis L. Beck**
9b0hie                                              UNITED STATES MAGISTRATE JUDGE